IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff-Respondent, § | |
| § | |
| V. § | CRIMINAL ACTION NO. H-93-167-7 |
| § | CIVIL ACTION NO. H-12-3743 |
| JESUS EMILIO RIVERA-PINON, § | |
| § | |
| Defendant-Movant. § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is the United States' Motion for Summary Judgment Pursuant to Plea Agreement Waiver; Alternatively, United States' Response and Motion to Dismiss (Document Nos. 573, 574, and 575 in Criminal Action No. H-93-167-7; Document Nos. 8, 9 and 10 in Civil Action No. H-12-3743) and Defendant/Movant Jesus Emilio Rivera-Pinon's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Document No. 566 in Criminal Action No. H-93-167-7; Document No. 1 in Civil Action No. H-12-3743). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that the Government's Motion for Summary Judgment be GRANTED and that Rivera-Pinon's § 2255 Motion be DENIED and DISMISSED WITH PREJUDICE. No Objections have been filed to the Memorandum and Recommendation. The Court, after having made a *de novo* determination of the Government's Motion for Summary Judgment, Rivera-Pinon's § 2255 Motion, and the Magistrate Judge's Memorandum and Recommendation, is of the opinion that the findings and

recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.  Therefore,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on May 3, 2013, which is adopted in its entirety as the opinion of the Court, that the Government's Motion for Summary Judgment (Document No. 573) is GRANTED and Movant Jesus Emilio Rivera-Pinon's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Document No. 566) is DENIED and DISMISSED with prejudice.  It is further

ORDERED that a certificate of appealability is DENIED.  A certificate of appealability from a habeas corpus proceeding will not issue unless the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  This standard "includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further."  Slack v. McDaniel, 120 S. Ct. 1595, 1603-1604 (2000) (internal quotations and citations omitted).  Stated differently, where the claims have been dismissed on the merits, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Id. at 1604; Beazley v. Johnson, 242 F.3d 248, 263 (5th Cir.), cert. denied, 122

S.Ct. 329 (2001). When the claims have been dismissed on procedural grounds, the petitioner must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 120 S. Ct. at 1604. A district court may deny a certificate of appealability *sua sponte*, without requiring further briefing or argument. Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000).

For the reasons set forth in the Memorandum and Recommendation, which has been adopted as the opinion of the Court, the Court determines that Movant has not made a substantial showing of the denial of a constitutional right.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 16TH day of July, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE